UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DURRELL STANFORD GRIER,<br><br>Plaintiff,<br>v.<br>BRIAN WILLIAMS, *et al.*,<br>Defendants. | Case No. 3:18-cv-00155-MMD-WGC<br><br>ORDER |

Plaintiff, a former prisoner, previously filed an application to proceed *in forma pauperis* and submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1, 1-1.) The Court has not yet screened the Complaint.

Plaintiff now files a notice of voluntary dismissal. (ECF No. 3.) Pursuant to Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The Court now dismisses this action, without prejudice, because no responsive pleading has been filed in this case.

For the foregoing reasons, it is ordered this action is dismissed in its entirety without prejudice.

It is further ordered that the Clerk of the Court shall enter judgment accordingly.

DATED THIS 20th day of April 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE